# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2011

142626

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

JOHN COLLIE,
        Plaintiff-Appellant,

v

                            SC:  142626
                            COA:  293873
                            Muskegon CC:  08-046290-NO

MUSKEGON COMMUNITY COLLEGE,
        Defendant/Cross-Plaintiff-Appellee,
and

HAROLD COLEMAN, MICHELE BAKER, and
CRAIG DEITERS,
        Defendants/Cross-Defendants-Appellees,
and

DIANA OSBORNE and JANIE BROOKS,
        Defendants/Cross-Plaintiffs,

and

J.D. WILLIAMS,
        Defendant.
_____/

      On order of the Court, the application for leave to appeal the November 18, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2011

y0620

                           Clerk